UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR V. RAMIREZ OF THE UNITED STATES NATURAL BORN IN CALIFORNIA,<br><br>        Plaintiff,<br><br>   v.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES INCLUDING ALL HIRED CIVILIANS, CONVICTS, IMMIGRANTS, FOREIGN EMPLOYEES, SOCIALIST ASSOCIATIONS, PSYSR,<br><br>        Defendants. | NO. CV 12-2851 JSL (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 8/27/12

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE