UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR V. RAMIREZ OF THE UNITED STATES NATURAL BORN IN CALIFORNIA,<br><br>     Plaintiff,<br><br>   v.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES INCLUDING ALL HIRED CIVILIANS, CONVICTS, IMMIGRANTS, FOREIGN EMPLOYEES, SOCIALIST ASSOCIATIONS, PSYSR,<br><br>     Defendants. | NO. CV 12-2851 JSL (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/27/12

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE